AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| RALPH P. DUPONT and BARBARA J. DUPONT<br><br>　　　Plaintiff(s),<br><br>V.<br><br><br>UNITED STATES OF AMERICA<br><br>　　　Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 07-00458 ACK-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 21, 2009<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant United States of America and against Plaintiffs Ralph P. Dupont and Barbara J. Dupont pursuant to the " Order Denying Plaintiffs' Motion For Summary Judgment and Granting Defendants' Motion For Summary Judgment" filed on January 21, 2009.

| January 21, 2009 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |