IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RALPH P. DUPONT; BARBARA J. DUPONT, ) ) ) Plaintiff(s), ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Defendant(s). ) _____ ) | CIVIL NO. 07-00458 ACK-KSC |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on March 10, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master On Defendant's Bill of Costs" is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 3, 2009.



_____
Alan C. Kay
Sr. United States District Judge